UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DETROIT DIESEL CORPORATION, a Delaware corporation, | |
| Plaintiff, | Case No. 2:24-cv-11557 |
| v. | Hon. Jonathan J.C. Grey |
| MARTINREA HONSEL MEXICO SA DE CV, a foreign corporation, | Mag. Kimberly G. Altman |
| Defendant. | |

## MARTINREA HONSEL MEXICO'S NOTICE OF APPEAL

Defendant Martinrea Honsel Mexico SA de CV appeals to the United States Court of Appeals for the Sixth Circuit this Court's March 21, 2025 "Order Granting Plaintiff's Motion for Preliminary Injunction (ECF No. 14)." R. 28, Page ID ## 1352–1374. This order is immediately appealable under 28 U.S.C. § 1292(a)(1) because it is an order of a United States District Court granting an injunction and direct review may not be had in the Supreme Court.

Respectfully submitted,

BROOKS WILKINS SHARKEY & TURCO

/s/ Jason D. Killips
Jason D. Killips (P67883)
T.L. Summerville (P63445)
Kevin A. Clark (P83173)
Christopher R. Struble (P83714)
401 S. Old Woodward Avenue, Suite 400
Birmingham, Michigan 48009
248.971.1800
killips@bwst-law.com
summerville@bwst-law.com
clark@bwst-law.com
struble@bwst-law.com

*Counsel for Martinrea Honsel Mexico*

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2025, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of the filing to all counsel of record.

/s/ Jason D. Killips (P67883)
401 S. Old Woodward Avenue, Suite 400
Birmingham, Michigan 48009
248.971.1800 / killips@bwst-law.com

*Counsel for Martinrea Honsel Mexico*